# SHER TREMONTE LLP

May 11, 2026

**VIA ECF**

The Hon. Sarah Netburn
United States Magistrate Judge
Southern District of New York
40 Foley Square, Room 430
New York, NY 10007

> Re:    ***United States v. Mohd Hafiz Lockman et al.***
> Case No. 1:26-mj-1397-UA

Dear Judge Netburn:

We write on behalf of our client, Mohd Hafiz Lockman, to respectfully request a temporary modification of his bond to permit him to travel with his family, including his three young children, for two trips to Disneyland Park on May 12, 2026 and to Disney California Adventure on May 18, 2026, both located in Anaheim, California.

Mr. Lockman was arrested on April 20, 2026 in connection with the above-captioned complaint. On April 22, 2026, Mr. Lockman appeared before Judge Ricardo, who released him subject to bail conditions. Under the terms of his bond, Mr. Lockman is currently on home detention and monitored by means of an ankle bracelet. Mr. Lockman has abided by all conditions of his pretrial release.

Mr. Lockman requests that his home detention condition be modified to allow him to travel to Disneyland Park and Disney California Adventure. Mr. Lockman purchased the tickets on March 24, 2026, prior to his arrest, as part of a limited California resident promotion that expires on May 21, 2026. As such, these dates represent his final opportunity to use them. Both visits will be structured as day trips. Disneyland is approximately 20 miles from his home (about a 40-minute drive). Mr. Lockman and his family plan to depart around 7:00 AM PST and return home before 11:00 PM PST each day.

We have conferred with the government and Pretrial Services regarding Mr. Lockman's proposed travel. Pretrial Services has advised that, as a matter of policy, it cannot consent to the request, because of Mr. Lockman's home detention condition. The government has advised that it has no objection to the request. Accordingly, we respectfully request that the Court temporarily modify the terms of Mr. Lockman's bond to allow him to travel to Disneyland Park on May 12, 2026, and to Disney California Adventure on May 18, 2026.

1120 20th Street NW | Suite 360 | Washington, DC 20036
www.shertremonte.com | tel 212.202.2600 | fax 212.202.4156

The Hon. Sarah Netburn
May 11, 2026
Page 2

We appreciate the Court's consideration.

Respectfully submitted,

*/s/  Brian Kidd*
Brian Kidd (NY Bar No. 4227096)
1120 20th Street NW, Ste 360
Washington, D.C. 20037
Tel: 212.202.2600
bkidd@shertremonte.com

*Attorney for Mohd Hafiz Lockman*

cc:    All counsel (via ECF)

The temporary bail modification request is GRANTED.
**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

Dated:    New York, New York
          May 11, 2026